IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03361-MSK-MJW

NANCY LOPEZ,

Plaintiff,

v.

BEAVER VILLAGE MANAGEMENT, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Parties' Stipulated Motion for Entry of Protective Order (docket no. 18) is GRANTED finding good cause shown.  The written Protective Order (docket no. 18-1) is APPROVED as amended in paragraphs 11 f., 12 and 14 and made an Order of Court.

Date: April 16, 2015